**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:25-cr-16 |
| v. | ) | |
| | ) | District Judge Curtis L. Collier |
| JEFFREY EDWARD JENKINS | ) | Magistrate Judge Christopher H. Steger |

**O R D E R**

Magistrate Judge Christopher Steger filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count Eight of the eight-count Indictment; (2) accept Defendant's guilty plea as to Count Eight of the eight-count Indictment; (3) adjudicate the Defendant guilty of possession with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 270) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Count One of the two-count Indictment is **GRANTED**;
2. Defendant's plea of guilty to Count One of the two-count Indictment is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of possession with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B);

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **December 9, 2026, at 2:00 p.m. Eastern** before the undersigned.

**SO ORDERED.**

**/s/ ______________________________**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**